AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

VIRTUAL WORLD ENTERTAINMENT, LLC,

V.

ENTERTAINMENT TECHNOLOGIES & PROGRAMS, INC., DOUG BUTCHER, BRONCO GROUP MANAGEMENT, INC.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 234

Harry D. Leinenweber

AUG 1 2001

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is hereby entered in favor of Plaintiff Virtual World Entertainement, LLC and against Defendnat Bronco Group Management, Inc. in the amount of $47,406 plus prejudgment interest and attorneys fees and costs.

July 31, 2001
Date

Nunc Pro Tunc: April 18, 2000

MICHAEL W. DOBBINS
Clerk

(By) Deputy Clerk